**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Michael Leon Hammell

     v.                               Civil No. 06-cv-176-SM

Warden, New Hampshire State Prison

**O R D E R**

*Pro se* petitioner Michael Leon Hammell objects to my Rule Four Decision, recommending service of three grounds for relief and dismissal of one ground raised in his petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  See Rule 4 of the Rules Governing Section 2254 Proceedings (requiring initial review to determine whether the petition is facially valid and may be served); United States District Court for the District of New Hampshire Local Rules 4.3(d)(authorizing the magistrate judge to preliminarily review *pro se* pleadings).  His objection (document no. 6) has now been referred to me by the United States District Court Judge.

In his objection, Hammell moves to amend his petition to add a fifth ground, which alleges denial of the right to a speedy trial and prompt prosecution and which appears to be exhausted. To the extent he seeks to amend his petition to raise a fifth

ground for habeas corpus relief, Hammell is ordered to file an amended petition.

**SO ORDERED.**

James R. Muirhead
United States Magistrate Judge

Date: June 22, 2006

cc:  Michael Leon Hammell, *pro se*