UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael Leon Hammell</u>

       v.                06-cv-176-SM

<u>Warden, New Hampshire State Prison</u>

<u>O R D E R</u>

The objection to the Report and Recommendation having been withdrawn and the 5th claim waived (see Petitioner's Notice of Withdrawal of Ground Number Five of Amended Petition of 18 U.S.C. § 2254, doc. no. 18), I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 26, 2006.

SO ORDERED.

September  6, 2006

_____
Steven J. McAuliffe
Chief Judge

cc:    Michael Leon Hammell, pro se
       Stephen D. Fuller, Esq.